UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Link Investment Co.,

    Plaintiff,

v.     Case No: 8:21-cv-0280-KKM-AEP

Jiangsu Steamship Pte. Ltd.,
Jiangsu Steamship Co. Ltd.,
Jiangsu Huaxi Ocean Shipping
Management Co. Ltd., and Spring
Sunshine Shipping Ltd.,

    Defendants,

And

Master of the M/V SPRING
SUNSHINE, IMO 9628049

    Garnishee.
_____

## ORDER

Plaintiff Link Investment Co. has filed a Motion to Stay Case Pending London Maritime Arbitration, (Doc. 16), and Defendant Spring Sunshine does not object to staying the case pending arbitration, (Doc. 21). Upon review of the language of the arbitration agreement executed between the parties provided in Plaintiff's Verified Complaint, the Court is satisfied that Plaintiff's claims in this case are subject to binding arbitration under the Federal Arbitration Act. *See* 9 U.S.C. § 3.

Accordingly, the following is **ORDERED**:

1. Plaintiff's Motion to Stay Case Pending London Maritime Arbitration is **GRANTED**. The parties shall proceed to arbitration in accordance with the terms of their arbitration agreement.

2. The proceedings are **STAYED** and the Clerk is directed to administratively close the file. The Court retains jurisdiction of the case to adjudicate any post-arbitration motions the parties may make.

3. The parties shall file a joint status report on May 24, 2021, and every ninety (90) days thereafter advising the Court on the progress of arbitration.

**ORDERED** in Tampa, Florida, on February 24, 2021.

_____
Kathryn Kimball Mizelle
United States District Judge