UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN ADMIRALTY

**CASE NO.: 8:21-cv-00280-KKM-AEP**

Link Investment Co., Plaintiff,

v.

JIANGSU STEAMSHIP PTE. LTD., JIANGSU STEAMSHIP CO. LTD., JIANGSU HUAXI OCEAN SHIPPING MANAGEMENT CO. LTD, AND SPRING SUNSHINE SHIPPING LTD,

Defendants, and

MASTER OF THE M/V SPRING SUNSHINE, IMO 9628049,

    Garnishee.                                             /

## JOINT STATUS REPORT

Plaintiff LINK INVESTMENT CO. and Defendant SPRING SUNSHINE SHIPPING LTD (collectively, the "Parties"), by and through their undersigned counsel, pursuant to the Court's February 24, 2021 Order staying the instant action pending the outcome of the London Maritime Arbitration (DE 22), hereby file this joint status report, and state:

    1.    The London Maritime Arbitration remains ongoing.

2. Accordingly, the Parties respectfully request the Court continue the stay of these proceedings for at least an additional ninety (90) days.

Dated: **May 24, 2021.**

| | |
|---|---|
| */s/ Brandon Bushway* <br> **ROBERT B. BIRTHISEL** <br> Florida Bar Number: 906654 <br> rbirthisel@hamiltonmillerlaw.com <br> **JULES V. MASSEE** <br> Florida Bar Number: 041554 <br> jmassee@hamiltonmillerlaw.com <br> **BRANDON BUSHWAY** <br> Florida Bar Number: 1015247 <br> bushway@hamiltonmillerlaw.com <br> **BRANDON P. VOLK** <br> Florida Bar Number: 1019012 <br> bvolk@hamiltonmillerlaw.com <br> HAMILTON, MILLER & BIRTHISEL, LLP <br> 100 South Ashley Drive, Suite 1210 <br> Tampa, Florida 33602 <br> Tel: 813-223-1900 / Fax: 813-223-1933 <br> **SERVICE EMAIL**: <br> CBBserve@hamiltonmillerlaw.com <br> *Counsel for Defendant Spring Sunshine Shipping Ltd* | */s/ Catherine M Benson* <br> **CATHERINE M. BENSON** <br> Simms Showers LLP <br> 201 International Circle <br> Baltimore, Maryland 21030 <br> T: 443-290-8705 / F: 410-510-1789 <br> cmbenson@simmsshowers.com <br> *Lead/ Pro Hac Vice Counsel for Link Investment Company* <br><br> */s/ David F. Pope* <br> **DAVID F. POPE** <br> Florida Bar No. 164452 <br> Service-dpope@bankerlopez.eom <br> **ERIC C. THIEL** <br> Florida Bar No. 016267 <br> Service-ethiel@bankerlopez.com <br> BANKER LOPEZ GASSLER P.A. 501 E. Kennedy Blvd., Suite 1700 <br> Tampa, FL 33602 <br> T: (813) 221-1500 / F: (813) 222-3066 <br> *Local Counsel for Link Investment Company* <br><br> **J. STEPHEN SIMMS** <br> Simms Showers LLP <br> 201 International Circle <br> Baltimore, Maryland 21030 <br> T: 443-290-8704; <br> F: 410-510-1789 <br> jssimms@simmsshowers.com <br> *Counsel for Link Investment Company* |